# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS GUTIERREZ and BLANCA MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>HELENA AGRI-ENTERPRISES, LLC, dba HELENA AGRI-CHEMICAL COMPANY, et al.,<br><br>Defendants. | Case No. 1:23-cv-1369 JLT HBK<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED SEPTEMBER 27, 2024<br><br>(Doc. 24) |

Previously, the Court ordered Plaintiffs to show cause why sanctions should not be imposed for failure to comply with the Court's order or, in the alternative, to file their signed amended complaint. (Doc. 24.) On September 30, 2024, Plaintiffs filed their signed First Amended Complaint, as previously ordered. (Doc. 25.) Accordingly, the Court **ORDERS**: the order to show cause dated September 27, 2024 (Doc. 24), is **DISCHARGED**.

IT IS SO ORDERED.

Dated: **September 30, 2024**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE

1