**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANTOS GUTIERREZ and BLANCA MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>HELENA AGRI-ENTERPRISES, LLC, dba HELENA AGRI-CHEMICAL COMPANY, et al.,<br><br>Defendants. | Case No. 1:23-cv-1369 JLT HBK<br><br>ORDER REMANDING THE ACTION TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF FRESNO |

Plaintiffs filed their First Amended Complaint on September 30, 2024, after receiving leave to amend and add Thomas Rodriguez as a defendant. (Docs. 20, 24, 25.) It is undisputed that with the addition of Tomas Rodriguez as a defendant, the Court no longer has diversity jurisdiction under 28 U.S.C. § 1332. (*See* Docs. 20, 24.) Accordingly, the Court **ORDERS**:

1. The matter is **REMANDED** to the Superior Court of California, County of Fresno.
2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 30, 2024**

UNITED STATES DISTRICT JUDGE